JS-6 / REMAND

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CHAVEZ RODRIGUEZ, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1-25,<br><br>          Defendants. | Case No.: CV 23-1155-DMG (ADSx)<br><br>**ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT [16]** |

Having considered the stipulation between Plaintiff MARIA CHAVEZ RODRIGUEZ and Defendant TARGET CORPORATION, and good cause appearing therefor:

IT IS HEREBY ORDERED that Plaintiff MARIA CHAVEZ RODRIGUEZ, as a result of the alleged incident and subsequent claim all described more fully in the Complaint filed in the Superior Court of the State of California, County of Los Angeles, Case No. 22GDCV00734 ("State Court"), entitled <u>MARIA CHAVEZ RODRIGUEZ v. TARGET CORPORATION</u>, (the "State Court Action"), has incurred total damages, if any, that do not, and will never be claimed to, exceed $75,000.00.

-2-

Accordingly, this case does not meet the jurisdictional requirements for removal as defined in 28 U.S.C. §1332(a), and this matter is hereby REMANDED to the Superior Court of California, County of Los Angeles.  The Order to Show Cause, dated March 28, 2023, is DISCHARGED.  [Doc. # 15.]

DATED:  March 30, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE